IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**OCTAVIAN LEVAR HODGES,** **PETITIONER**

**V.** **CIVIL ACTION NO.: 1:14CV103-SA-JMV**

**STATE OF MISSISSIPPI and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI,** **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered today, Respondents' "Motion to Dismiss" is **GRANTED**. This petition is **DISMISSED WITH PREJUDICE**. Any pending motions are **DISMISSED AS MOOT**.

**SO ORDERED** this the 17th day of December, 2014.

/s/ Sharion Aycock
Chief Judge
U.S. DISTRICT COURT
NORTHERN DISTRICT OF MS